ADOLFO B. GARBER (CSB No. 117817)
abgarber@sbcglobal.net
3580 Wilshire Blvd., Suite 1780
Los Angeles, CA 90010
Telephone No. (213) 383-1131
Fax No. (213) 383-1139

Attorney for Defendant,
Salam A. Yasin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Salam A. Yasin.; et al.<br><br>　　　　Defendants. | Case No. 5:21-cv-01041-JWH-SHKx<br><br>**DEFENDANT'S REPORT OF SETTLEMENT (Local Rule 16-15.7)**<br><br>Settlement Conference Date: April 27, 2022<br>Time: 9:00 a.m. (via Zoom)<br><br>Final Pre-Trial Conf: 10/28/2022<br>Trial Date: 11/14/2022<br><br>Complaint Filed: 06-21-2021 |

TO: COURTROOM DEPUTY CLERK(S) FOR THE HONORABLE, JOHN W. HOLCOMB AND THE HONORABLE, SHASHI H. KEWALRAMANI:

　　Pursuant to Local Rule 16-15.7, Defendant, Salam A. Yasin, submits this Report of Settlement for the above-entitled case, which was settled in

its entirety on April 18, 2022.

On April 19, 2022, an email notice was also sent by Adolfo B. Garber to the courtroom deputy clerk of Judge John W. Holcomb as well as to the deputy clerk for Magistrate Judge, Shashi H. Kewalramani.

The terms of the settlement will be timely memorialized by all counsel of record.

It is respectfully requested that all pending court dates be vacated or as otherwise ordered by the Court.

///

Date: April 19, 2022

/s/ ADOLFO B. GARBER

ADOLFO B. GARBER, Attorney for Defendant, Salam A. Yasin

Address: 3580 Wilshire Blvd., #1780

Los Angeles, CA  90010

Email: **abgarber@sbcglobal.net**

— 2 —

**DEFENDANT'S REPORT OF SETTLEMENT (L.R. 16-15.7)**