Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SHAWN BEDWELL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SALAM A. YASIN, an individual; and Does 1-10, <br><br> Defendants. | Case No.: 5:21-cv-01041-JWH-SHK <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff Shawn Bedwell on the one hand, and Defendant Salam A. Yasin, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Salam A. Yasin, from Plaintiff's Complaint, Case Number 5:21-cv-01041-JWH-SHK. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 8, 2022        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Shawn Bedwell

Dated: July 8, 2022        **ADOLFO B. GARBER**

By: /s/Adolfo B. Garber
    Adolfo B. Garber, Esq.
    Attorney for Defendant Salam A. Yasin

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Shawn Bedwell